FRANK J. ZIMA, Respondent, v. BOAZ REALTY AND CONSTRUCTION CORPORATION,

Appellant, and THE PEOPLE OF THE STATE OF NEW YORK and Others, Defendants. — Judgment appealed from modified by reducing the additional allowance to $200, and as so modified affirmed, with costs to the appellant. Lazansky, P. J., Kapper, Tompkins and Davis, JJ., concur; Carswell, J., votes to affirm without modification as there is no adequate basis in this record upon which the discretion of the Special Term may be reviewed in this court.